DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAY RUSSELL SINGER,**
Appellant,

v.

**NOREEN SINGER,**
Appellee.

No. 4D21-3454

[July 21, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; William W. Haury, Jr., Judge; L.T. Case No. CACE 89-6168.

Jay Russell Singer, Lantana, pro se.

Noreen Singer, Boca Raton, pro se.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., WARNER and CONNER, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***